# Court of Appeals
# of the State of Georgia

ATLANTA,  August 05, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0416. ANGELINE PAYNE v. SECRETARY OF VETERANS AFFAIRS, AS OFFICER OF THE UNITED STATES.

On July 1, 2024, the Fulton County Magistrate Court denied Angeline Payne's motion to set aside and vacate a default judgment and writ of possession. On July 16, 2024, Payne, proceeding pro se, filed this application for discretionary review of the July 1 order. We, however, lack jurisdiction.

Pretermitting whether Payne's application is timely, "the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (citation and punctuation omitted). Thus, this Court may address magistrate court matters only if they already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990).

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII. See also *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988); Court of Appeals Rule 11 (b).

Accordingly, this application is hereby TRANSFERRED to the Superior Court of Fulton County. In light of this ruling, Payne's motion to extend the time to file an appeal with this Court is DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__08/05/2024_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*